No. 1132, Misc. TRUEBLOOD *v.* TINSLEY, WARDEN. Supreme Court of Colorado. Certiorari denied. *Samuel D. Menin* for petitioner. *J. F. Brauer,* Assistant Attorney General of Colorado, for respondent.

No. 1309, Misc. CUMMINGS *v.* BENNETT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 1120, Misc. SELF *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *John D. Blankenship* for petitioner. *Charles O. Carroll* and *Joel A. C. Rindal* for respondent.

No. 1172, Misc. GARNER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Gregory S. Stout* for petitioner. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack E. Goertzen,* Deputy Attorney General, for respondent.

JUNE 25, 1962.*

No. 13, Original. TEXAS *v.* NEW JERSEY ET AL. In the light of the concessions that no State will proceed with any action, other than discovery proceedings, the motion for temporary injunctions is denied.

---

*MR. JUSTICE FRANKFURTER took no part in the consideration or decision of cases in which orders were this day announced.